**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND,
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND, and
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                                  Petitioners,                        25 **CIVIL** 2357 (JPC)

           -against-                                 **JUDGMENT**

ICON CONSTRUCTION GROUP,

                                 Respondent.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 13, 2026, the Court grants Petitioners' Petition to confirm the arbitration award. Accordingly, judgment is entered in favor of Petitioners and against Respondent in the amount of $1,614.20 made payable to "PIIAF" and $8,000.00 made payable to the "Joint Trade Committee of the Painting & Decorating Industry," and $2,718.00 in attorneys' fees and $539.00 in costs. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full and the case is closed.

**Dated**: New York, New York
      April 14, 2026

                                            **TAMMI M. HELLWIG**
                                       _____
                                            **Clerk of Court**

                        BY:           _____
                                          **Deputy Clerk**